Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 14-04854-RNO | 003-0 | ERICK ORTIZ | 5400 | 1,005.35 | 69.45 | 0.00 | 69.45 |
| | | Original Check written to:<br>EMERG CARE SERV OF PA PC<br>PO BOX 12907<br>NORFOLK, VA  23541- | | | | | |
| 14-04953-RNO | 999-0 | JAMES EDWARD NELSON | | 0.00 | 610.24 | 0.00 | 610.24 |
| | | Original Check written to:<br>JAMES EDWARD NELSON and ROSE ANN NELSON<br>56 NORTH CHESTNUT DRIVE<br>DRUMS, PA  18222-2053 | | | | | |
| 14-05606-HWV | 002-0 | NATHAN LLOYD EVINGER | 2808 | 230.34 | 7.60 | 0.00 | 7.60 |
| | | Original Check written to:<br>FINGERHUT<br>6250 RIDGEWOOD ROAD<br>ST CLOUD, MN  56303 | | | | | |
| 15-00685-RNO | 003-0 | LEONARDO OSWALDO BRAVO | 3510/7 PARK ST | 0.00 | 2,721.77 | 0.00 | 2,721.77 |
| | | Original Check written to:<br>ANA GARCIA & MOHAMMED ABUHASHISH<br>C/O JOHN DEWITSKY ESQ<br>41 NORTH SEVENTH STREET<br>STROUDSBURG, PA  18360- | | | | | |
| 15-00685-RNO | 003-1 | LEONARDO OSWALDO BRAVO | 3510/7 PARK ST | 0.00 | 0.05 | 0.00 | 0.05 |
| | | Original Check written to:<br>ANA GARCIA & MOHAMMED ABUHASHISH<br>C/O JOHN DEWITSKY ESQ<br>41 NORTH SEVENTH STREET<br>STROUDSBURG, PA  18360- | | | | | |